IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**APRIL FOUNTAIN**                                                                    **PLAINTIFF**

v.                              **CASE NO. 2:24-CV-00003-BSM**

**DON YOUNT,** *et al.*                                                          **DEFENDANTS**

## ORDER

This case is dismissed without prejudice because April Fountain failed to pay the filing fee. *See* Doc. No. 6. An appeal of this order will not be taken in good faith. Local Rule 5.5(c)(2); 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 21st day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE