IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**APRIL FOUNTAIN**                                                                        **PLAINTIFF**

**v.**                          **CASE NO. 2:24-CV-00003-BSM**

**DON YOUNT**, *et al.*                                               **DEFENDANTS**

## **JUDGMENT**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 21st day of February, 2024.

                                                             _____
                                                             UNITED STATES DISTRICT JUDGE